# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 19, 2015**

| CAAP–13–00 00030 | State v. Villena | Affirmed |

**May 20, 2015**

| CAAP–11–00 01068 | Palisade Pointe Estates, Inc. v. Cabral | Affirmed |

**May 21, 2015**

| CAAP–14–00 00940 | Hopkins v. Macy's West Stores, Inc. | Affirmed |

**May 22, 2015**

| CAAP–13–00 00415 | Libero v. State | Affirmed |
| CAAP–13–00 02590 | State v. Polendey | Affirmed |

**May 26, 2015**

| CAAP–14–00 01223 | TS, In re | Affirmed |

**May 27, 2015**

| CAAP–13–00 00107 | Cedillos v. Masumoto | Affirmed |
| CAAP–13–00 01639 | Stanton v. State | Affirmed |
| CAAP–14–00 00081 | State v. Cho | Affirmed |
| CAAP–12–00 00717 | State v. West | Affirmed |